IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GERALD WILKINS, Inmate #R-11994,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 07-599-GPM** |
| ) | |
| **MARVIN F. POWERS,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Before the Court is Plaintiff's motion to direct (Doc. 7). Essentially, this motion seeks information about the status of his case. He first asks for a copy of his complaint; this request is **GRANTED**. He then queries whether his USM-285 forms have been received, and if his motion for pauper status was granted; the answer to each question is **YES**.

Finally, he asks that the Clerk stamp his mail with "special or legal mail" to be opened only in his presence. However,

> with minute and irrelevant exceptions all correspondence from a court to a litigant is a public document, which prison personnel could if they want inspect in the court's files. It is therefore not apparent to us why it should be regarded as privileged and how [the plaintiff] could be hurt if the defendant read these documents before or after [the plaintiff] does.

*Martin v. Brewer*, 830 F.2d 76, 78 (7th Cir. 1987). Therefore, his request to mark his mail from the Clerk as "special or legal mail" is **DENIED**.

**IT IS SO ORDERED.**

DATED: 12/03/07

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge