**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

GERALD WILKINS,                          )
                                         )
                    Plaintiff,           )
                                         )
vs.                                      )          CIVIL NO. 07-cv-599-GPM
                                         )
MARVIN F. POWERS, *et al.*,              )
                                         )
                    Defendants.          )

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Several motions are pending in this action.

## MOTION TO FIND DEFENDANTS IN CONTEMPT (DOC. 11)

In his first motion, Plaintiff claims that Defendants will not allow him access to his medical records. He claims that such refusal is in violation of a consent decree previously issued with respect to such matters. *See Clover v. Franzen*, Case No. 78 C 1870 (N.D. Ill., Dec. 5, 1980).[1] Plaintiff does not provide a copy of that consent decree with his motion. Further, although Plaintiff claims this decree was entered by the Seventh Circuit, the citation indicates that it was entered in the District Court for the Northern District of Illinois. Therefore, if Plaintiff believes Defendants are in violation of that decree, he should take it up with the court in which it was entered. In short, this motion is **DENIED**.

---

[1] This citation is lifted directly from Plaintiff's motion.

## MOTION FOR EXTENSION OF TIME TO RENEW ORIGINAL SUPPLEMENTAL PLEADINGS (DOC. 12)

Plaintiff states that he filed a supplemental complaint in August 2007, and he seeks leave to amend those pleadings. The problem is that there is no supplemental complaint on file in this action. In fact, the only relevant pleading filed during that time period is a one-page exhibit. Accordingly, this motion is **MOOT**.

## MOTION FOR HEARING OR CONFERENCE (DOC. 13)

Plaintiff claims that he is being denied access to his legal property, thus precluding him from litigating this case. Therefore, he seeks a hearing in this matter. The Court finds no need for a hearing at this time. Furthermore, the motions filed in this case indicate that Plaintiff has had no trouble pursuing this action. Moreover, until the Court completes a preliminary review of the complaint, *see* 28 U.S.C. § 1915A, there is no need for Plaintiff to do anything in this action. This motion is therefore **DENIED**.

## MOTION FOR LEAVE TO AMEND SUPPLEMENTAL COMPLAINT (DOC. 14)

As stated above, there is no supplemental complaint currently on file in this action. However, there is the original complaint (Doc. 1), and with the instant motion Plaintiff has submitted his proposed amended complaint. Accordingly, this motion is **GRANTED**; the Clerk shall file Plaintiff's amended complaint.

**IT IS SO ORDERED.**

DATED: 7/29/08

s/ *G. Patrick Murphy*
G. Patrick Murphy
United States District Judge