IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GERALD WILKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-599 GPM |
| | ) | |
| MARVIN F. POWERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court held a hearing in this matter on October 7, 2009, to determine whether Plaintiff had exhausted his administrative remedies as required by the Prison Litigation Reform Act prior to filing suit. In addition to hearing arguments regarding exhaustion of administrative remedies, the Court also disposed of a number of pending motions from the bench. This order memorializes the disposition of those motions.

1. Plaintiff's Motion to Strike the Affidavit of Defendant Fairchild (Doc. 46) is **DENIED**.

2. Plaintiff's Motion for Subpoenas (Doc. 54) is **DENIED**.

3. Plaintiff's Motions for Court Order to Serve Subpoenas on the Illinois Medical District Commission, the United States Department of Justice, the Illinois Office of the Inspector General, Lawrence Hatchett, Pam Grubman, Michelle Baggott, Wexford Health Services, and the Department of Financial and Professional Regulations (Docs. 57-64) are **DENIED**.

4. Plaintiff's Motion for Leave to Take Depositions by Written Questions (Doc. 56) is **DENIED**.

5. Plaintiff's Motion to Alter Limitations (Doc. 80) is **DENIED**.

6. Plaintiff's Motion for a Hearing on his issues regarding non-parties interfering with his access to courts (Doc. 95) is **DENIED**. Access to courts is not at issue in this lawsuit. If

   Plaintiff wishes to raise this issue in federal court he must file a new action.

7.  Defendants' Motion for Additional Time to Respond to Interrogatories (Doc. 78) is **GRANTED**. The interrogatories currently pending, however, are **VACATED** to be **REISSUED** by Plaintiff with the assistance of his appointed counsel.

8.  The Court **RESERVES RULING** on Plaintiff's Motions to Compel Discovery (Docs. 94 and 96).

**IT IS SO ORDERED.**

**DATED: October 15, 2009**

                     *s/ Donald G. Wilkerson*
                     **DONALD G. WILKERSON**
                     **United States Magistrate Judge**