IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GERALD WILKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:07-cv-599 GPM |
| | ) | |
| MARVIN F. POWERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court has determined that appointment of counsel is warranted in this action. Accordingly, after a random pick, attorney **Michelle L. Rousseau, of Greensfelder, Hemker & Gale, P.C., 12 Wolf Creek Drive, Suite 100, Belleville, Illinois, 62226,** is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to SDIL-LR 83.1(i).[1]  The Court informs **Attorney Rousseau** that the Plaintiff is currently incarcerated in the Tamms Correctional Center, in Tamms, Illinois.

**IT IS SO ORDERED.**

**DATED: October 15, 2009**

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON
United States Magistrate Judge**

---

[1] Under SDIL-LR 83.1(i), every member of the bar of this Court shall be available for appointment to represent or assist in the representation of those who cannot afford to hire an attorney.